Julian W. Wells (JW-4893)
RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

-and-

RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

Attorneys for Defendant
UBS Financial Services Inc.

| | |
|---|---|
| GERARD MURO,<br><br>            Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>            Defendant. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 07-CV-6492<br><br>Hon. Loretta A. Preska, U.S.D.J.<br><br>**NOTICE OF MOTION TO DISMISS<br>PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:    Dan Brecher, Esq.
         LAW OFFICES OF DAN BRECHER
         99 Park Avenue, 16th Floor
         New York, NY 10016
         Attorneys for Plaintiff

COUNSEL:

PLEASE TAKE NOTICE that, on such date and at such time as may be scheduled by the Court, Defendant UBS Financial Services Inc. ("UBS") shall move before the Honorable Loretta A. Preska, United States District Judge, United States District Court for the Southern District of New York, at the U.S. Courthouse, 500 Pearl

Street, Room 1320, New York, New York, for an Order dismissing, with prejudice, the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted;

PLEASE TAKE FURTHER NOTICE that, in support of its motion, UBS shall rely upon the following papers, which are submitted herewith:

1. Memorandum of Law in Support of Defendant's Motion To Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); and

2. Declaration of Julian Wells, with exhibits;

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested in the event that timely opposition is submitted; and

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

> RIKER, DANZIG, SCHERER, HYLAND
> & PERRETTI LLP
> Attorneys for Defendant
> UBS Financial Services Inc.
>
>
> By:_____s/ Julian Wells_____
>           Julian Wells

Dated: September 14, 2007

## CERTIFICATE OF SERVICE

I, Julian Wells, pursuant to 28 U.S.C. § 1746, hereby certify that, on September 17, 2007, I caused a copy of UBS's Notice of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), Memorandum of Law in Support of Defendant's Motion To Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and Declaration of Julian Wells, with exhibits, to be sent by Federal Express overnight mail to:

> Dan Brecher, Esq.
> LAW OFFICES OF DAN BRECHER
> 99 Park Avenue, 16th Floor
> New York, NY 10016
> Attorneys for Plaintiff

I certify under penalty of perjury that the foregoing is true and correct.

s/ Julian Wells<br>
Julian Wells

Dated: September 14, 2007

3790428.1