Julian W. Wells (JW-4893)
RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

-and-

RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

Attorneys for Defendant
UBS Financial Services Inc.

| | |
|---|---|
| GERARD MURO,<br><br>    Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>    Defendant. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 07-CV-6492<br><br>Hon. Loretta A. Preska, U.S.D.J.<br><br>**STATEMENT PURSUANT TO<br>FED. R. CIV. P. 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant UBS Financial Services Inc., by and through its attorneys, Riker, Danzig, Scherer, Hyland & Perretti LLP, hereby states as follows:

UBS Financial Services Inc. is a corporation formed under the laws of Delaware and a broker-dealer of securities. It is a 100% owned subsidiary of UBS Americas, Inc., which is a 100% owned subsidiary of UBS AG.

                                      RIKER, DANZIG, SCHERER, HYLAND
                                      & PERRETTI LLP
                                      Attorneys for Defendant
                                      UBS Financial Services Inc.

                                      By:_____s/ Julian Wells_____
                                                       Julian Wells

Dated: September 14, 2007