Julian W. Wells (JW-4893)
RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

-and-

RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

Attorneys for Defendant
UBS Financial Services Inc.

| | |
|---|---|
| GERARD MURO,<br><br>    Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>    Defendant. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 07-CV-6492<br><br>Hon. Loretta A. Preska, U.S.D.J.<br><br>**ORDER** |

THIS MATTER, having been opened to the Court by defendant UBS Financial Services Inc. ("UBS"), by and through its counsel, Riker, Danzig, Scherer, Hyland & Perretti LLP, on application for an Order dismissing, with prejudice, the complaint of plaintiff Gerard Muro ("Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim; and the Court having considered the papers submitted in

connection with this motion, and having heard the arguments of counsel, and for good cause shown,

    IT IS on this _____ day of _____, 2007:

    ORDERED that UBS's motion to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) be and hereby is granted; and it is further

    ORDERED that Plaintiff's complaint be and hereby is dismissed in its entirety and with prejudice.

                                        _____
                                        Hon. Loretta A. Preska, U.S.D.J.