UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07
```

GERARD MURO,

                Plaintiff,

- against -

UBS FINANCIAL SERVICES INC.

                Defendant.

Case No. 07-CV-6492 (LAP)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date for Plaintiff's time to file opposition papers to Defendant's Motion to Dismiss is extended from October 1, 2007 until October 15, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date for Defendant to file reply papers in further support of its Motion to Dismiss is extended from October 22, 2007 until October 29, 2007.

For the purpose of this stipulation, a facsimile signature of this stipulation will be deemed an original.

Dated: New York, New York
         September 27, 2007

| LAW OFFICES OF DAN BRECHER | RIKER DANZIG SCHERER HYLAND PERRETTI LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| 99 Park Avenue, 16th Floor | 500 Fifth Avenue |
| New York, NY 10016 | New York, NY 10110 |
| (212) 286-0747 | (212) 302-6574 |
| By: /s/ Dan Brecher, Esq. | By: /s/ Julian W. Wells, Esq. |

So ordered
Loretta A. Preska
USDJ
September 28, 2007

PAGE 2/2 * RCVD AT 9/27/2007 11:26:07 AM [Eastern Daylight Time] * SVR:RDMOFAX1/7 * DNIS:8624 * CSID:2128084155 * DURATION (mm-ss):00-56

TOTAL P.03