## ACCOUNT APPLICATION

NA  LG  WS  ML  HT          PW-52I71-SC

Detach and Return to PaineWebber
www.ubs.com

### PRIMARY ACCOUNT HOLDER/TRUST/ESTATE

Name: **Gerrett Muro (Gerard)**

Social Security No.: 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

Date of Birth: 3/14/40

41 Harbor Hill Drive    Lloyd Harbor, NY 11743

631-673-9383

631-925-1146

Employer: **Micon Group Inc.**

Title: **CEO**

None    None    None

### JOINT ACCOUNT HOLDER/SPOUSE/CUSTODIAN/TRUSTEE/EXECUTOR

Name: **Maureen Muro**    126-30-    Date of Birth: 3/28/40

41 Harbor Hill Drive    Lloyd Harbor, NY 11743    631-673-9383

**Unemployed**

### RESOURCE MANAGEMENT ACCOUNT (RMA) FEATURES

**Daily Sweep of Uninvested Cash Balances**

□ Check Writing

**Gold MasterCard Debit Card**

**Electronic Funds Transfer Service**

### MARGIN

### PAINEWEBBER CASHFUND

### ADDITIONAL SERVICES

- PaineWebber EDGE
- RMA Bill Pay Services
- RMA Direct Deposit
- Managed Accounts
- Retirement Accounts
- Financial Planning
- Credit Line Account
- Investing in Options
- Business Services Account

### ACCOUNT HOLDER'S FINANCIAL INFORMATION AND INVESTMENT OBJECTIVES

**Financial Information**

Net Worth: $1,000,000

Liquid Assets: $750,000

Annual Income: $320,000

### AGREEMENT

Signature: X

Signature: X

UBS 00001

## TRADITIONAL IRA APPLICATION AND ADOPTION AGREEMENT

**ACCOUNT HOLDER**

Muro
Gerard   41 Harbor Hill Drive
Lloyd Harbor, NY 11743
Micom Group Inc     C.E.O    631-425-1116

**ACCOUNT HOLDER'S FINANCIAL INFORMATION AND INVESTMENT OBJECTIVES**

**DESIGNATION OF BENEFICIARIES**

Maureen Muro 100    Wife    8/27/40   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

**CLIENT AGREEMENT**

## TRADITIONAL IRA APPLICATION AND ADOPTION AGREEMENT

Type of Account (IRA being established)
☐ Contributory IRA (t)   ☐ Rollover IRA (t)   ☐ SEP-IRA (s)

### ACCOUNT HOLDER

Mirro          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   3/21/40   631-673-9363

Gerard   91 Harbor Hill Drive

E Lloyd Harbor NY 11743

Mirro Group Inc        CEO        631-423-7146

None          None

### ACCOUNT HOLDER'S FINANCIAL INFORMATION AND INVESTMENT OBJECTIVES

Net Worth          Investment Experience
$1,000,100         Stocks 10   Bonds 10
Liquid Assets
$750,000           Funds 10    Options 10
Income
$300,000

### DESIGNATION OF BENEFICIARIES

I. Primary Beneficiary Designation

Maureen Mirro   100   Wife   3/27/40   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

### CLIENT AGREEMENT

X _____

UBS 00004