USD? SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GERARD MURO,

                    Plaintiff,                              07 CIVIL 6492 (LAP)

          -against-                                         **JUDGMENT**

UBS FINANCIAL SERVICES, INC.,
                    Defendant.

-------------------------------------------------------------X

Defendant having moved to dismiss the complaint, and the matter having come before the

Honorable Loretta A. Preska, United States District Judge, and the Court, on May 21, 2008, having

rendered its Order granting defendant's motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated May 21, 2008, defendant's motion to dismiss is granted; accordingly, the case

is closed and all pending motions denied as moot.

**Dated:**  New York, New York
       May 30, 2008

                                        J. MICHAEL McMAHON

                                        _____
                                              Clerk of Court

                              BY:
                                        _____
                                              Deputy Clerk


                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON _____