UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERARD MURO,

            Plaintiff,

- *against* -

UBS FINANCIAL SERVICES INC.

            Defendant.

Case No. 07-CV-6492 (LAP)

NOTICE OF APPEAL



Notice is hereby given that GERARD MURO, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order granting the defendant's motion to dismiss the action as barred by limitations, entered in this action on the 21st day of May, 2008 and from the judgment granting the defendant's motion to dismiss the action as barred by limitations, entered in this action on the 30th day of May, 2008

Dated: June 19, 2008

                                      LAW OFFICES OF DAN BRECHER
                                      Attorneys for Plaintiff

                                      By: _____
                                           Dan Brecher (DB5308)
                                      99 Park Avenue, 16th Floor
                                      New York, NY 10016
                                      (212) 286-0747